UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

HOMESTEAD REPAIR & RENOVATION, INC., and
BECKY MARINACCIO, Individually and On Behalf of
All Others Similarly Situated

                            Plaintiff,

v.                                                            Case No.: 21-cv-00388

CITY OF BUFFALO, BYRON W. BROWN, in his capacity as
Mayor of the City of Buffalo, and KEVIN HELFER, in his
capacity as Commissioner of the City of Buffalo Parking
Violations Bureau and SENSYS GATSO USA, INC.

                            Defendants.

---

## NOTICE OF CHANGE OF LAW FIRM
## NAME AND ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

      PLEASE TAKE NOTICE that Edward P. Yankelunas, Esq., counsel for the Plaintiffs in the above-captioned matter, is now affiliated with Tiveron Law, PLLC, successor in interest to HoganWillig, PLLC, located at 2410 North Forest Road Suite 301 Amherst, New York 14068 (P) 716-636-7600, e-mail: eyankelunas@tiveronlaw.com.

      PLEASE update the appearance of Plaintiffs and Attorney Edward P. Yankelunas, Esq., of counsel, as counsel for the Plaintiffs in the above-captioned matter.

      ADDITIONALLY, counsel requests that all Notices, e-mails, pleadings, writings and Microsoft TEAMS invitations be directed to eyankelunas@tiveronlaw.com

                                                               TIVERON LAW, PLLC

                                                               Edward P. Yankelunas, Esq.
                                                               2410 North Forest Road, Suite 301
                                                               Amherst, New York 14068
                                                               Office: 716-636-7600
                                                               Email: eyankelunas@tiveronlaw.com

{H3666185.1}