

**BYRON W. BROWN**
Mayor of Buffalo

**CAVETTE A. CHAMBERS**
Corporation Counsel

## LAW DEPARTMENT

May 7, 2024

Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, NY 14202

    Re:    Homestead Repair & Renovation, Inc., et al. v. Buffalo, et al.
               Case No. 21-cv-388-JLS(Sr)

Dear Judge Sinatra:

    Our office represents the City defendants in the above action. I am writing with the consent of plaitniffs' counsel to request a one-week extension of time to May 15, 2024 to respond to the plaintiffs' objections to the report and recommendation issued by Judge Schroeder. See Dkt. 57. If this request is granted, the plaitniffs' deadline to reply would likewise be extended by one week to May 22, 2024.

    Thank you for your consideration.

                                  Respectfully yours,

                                  Cavette A. Chambers
                                  Corporation Counsel

                    By:    s/David M. Lee
                            Assistant Corporation Counsel
                            Direct Dial (716) 851-9691
                            dlee@city-buffalo.com

cc.    Edward P. Yankelunas, Esq.
       Erik A. Goergen, Esq.